IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>REBECCA JEAN NICOLE LEAVITT,<br>　　　　　Defendant. | CR 25-6-BU-DLC<br><br>FINDINGS & RECOMMENDATION CONCERNING PLEA |

　　The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to the charges of wire fraud in violation of 18 U.S.C. §§ 1343 (Count 7) and aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1), 2 (Count 11) as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts 1-6, 8-10, and 12-13 of the Indictment.

　　After examining the Defendant under oath, I have made the following determinations:

　　1. That the Defendant is fully competent and capable of entering an informed and voluntary plea,

　　2. That the Defendant is aware of the nature of the charge against her and

1

consequences of pleading guilty to the charge,

    3. That the Defendant fully understands her constitutional rights, and the extent to which she is waiving those rights by pleading guilty, and

    4. That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offense charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that she fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of Counts 7 and 11 of the Indictment, and that sentence be imposed. I further recommend that Counts 1-6, 8-10, and 12-13 of the Indictment be dismissed.

**<u>This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report</u>**.

DATED this 15th day of July, 2025.

                                                            Kathleen L. DeSoto
                                                            United States Magistrate Judge