IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-06-BU-DLC |
| Plaintiff, | |
| vs. | ORDER |
| REBECCA JEAN NICOLE LEAVITT, | |
| Defendant. | |

Counsel for Defendant Rebecca Jean Nicole Leavitt has filed an Unopposed Motion to Vacate Sentencing Deadlines. (Doc. 43.) The sentencing memoranda deadline, however, is today. The Court therefore finds counsel's Motion, which was filed at approximately 2:30 p.m. this afternoon, untimely, and will deny the Motion for that reason.

Accordingly, the Motion (Doc. 43) is DENIED. The deadlines set forth in the Court's July 15, 2025, Scheduling Order (Doc. 39) shall remain in full force and effect.

1

DATED this 4th day of November, 2025.

Dana L. Christensen, District Judge
United States District Court