IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-06-BU-DLC |
| Plaintiff, | |
| vs. | ORDER |
| REBECCA JEAN NICOLE LEAVITT, | |
| Defendant. | |

On October 31, 2025, counsel for the above-named Defendant filed a Motion for Hearing on Status of Counsel. (Doc. 41.) The Court held a hearing pursuant to the Motion on November 13, 2025. (Doc. 50.) Based on the representations of Defendant and defense counsel, the Court is not satisfied that Defendant and her attorney have reached a point of irretrievable breakdown in communication and the breakdown prevents effective assistance of counsel. Defendant raised concerns with respect to her discovery and restitution amount. As a result of the hearing, the Court finds that defense counsel and staff have spent considerable time reviewing restitution and shared all discovery related to restitution with Defendant, aside from the limited discovery received after counsel

1

filed the present Motion. Moreover, the issues raised by Defendant with respect to restitution are more appropriately resolved at sentencing. The Court is satisfied that counsel is working diligently to represent Defendant.

Accordingly, IT IS ORDERED that Defendant's request for new counsel is DENIED.

DATED this 13th day of November, 2025.

Dana L. Christensen, District Judge
United States District Court