IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-06-BU-DLC |
| Plaintiff, | |
| vs. | ORDER |
| REBECCA JEAN NICOLE LEAVITT, | |
| Defendant. | |

The Government has filed an Unopposed Motion for Victim to Appear by Video. (Doc. 64.)

Accordingly, IT IS ORDERED that the Motion (Doc. 64) is GRANTED. The victim may appear at the sentencing hearing set for today at 10:00 a.m. and provide a statement to the Court by ZOOM.

DATED this 24th day of November, 2025.

Dana L. Christensen, District Judge
United States District Court

1